**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**ONIEL BROWN, 96-A-2837,**

                **Plaintiff,**

       **-v-**                                           **04-CV-0728Sr**

**S. KERBEIN, Sergeant, et al.,**

                **Defendants.**

---

## ORDER

It is hereby ORDERED that a Status Conference with the parties shall be held by telephone with the Hon. H. Kenneth Schroeder, Jr. on June 29, 2009 at 11:00 a.m. Plaintiff who is appearing *pro se* and counsel for the defendants are hereby directed to participate in the telephone Status Conference. The Assistant Attorney General is hereby directed to contact the Southport Correctional Facility and arrange for the plaintiff to have access to a telephone and plaintiff's legal papers for the conference. The Assistant Attorney General is further directed to contact the chambers of the Hon. H. Kenneth Schroeder, Jr. prior to the conference with the telephone number and extension at which the plaintiff can be reached. The Court will initiate the call.

        **SO ORDERED.**

DATED:    Buffalo, New York
                June 23, 2009

                                                **s/ H. Kenneth Schroeder, Jr.**
                                                  **H. KENNETH SCHROEDER, JR.**
                                                  **United States Magistrate Judge**